UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FEB 28 2020 PM 2:35
FILED-USDC-CT-NEW HAVEN

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:20CR __35__ (MPS) |
| v. | VIOLATION: |
| DONALD CARIATI JR. | 26 U.S.C. § 7212(a) |
| | (Corrupt Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue Laws) |

## INFORMATION

The United States Attorney charges:

### COUNT ONE
(Corrupt Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue Laws)

1. For all times relevant to this Information, the defendant, DONALD CARIATI JR. ("CARIATI"), owned and operated Cariati Developers Inc. ("CDI"), a snowplow and hauling business located in Connecticut.

2. The Internal Revenue Service ("IRS") began a civil audit of CDI in approximately October 2015 for tax year 2013, which was subsequently expanded to tax years 2014 and 2015.

3. Beginning in or about October 2015, and continuing thereafter up to and including approximately December 2016, in the District of Connecticut and elsewhere, CARIATI did corruptly endeavor to obstruct and impede the due administration of the internal revenue laws by attempting to obstruct the IRS from carrying out the above-referenced civil audit and assessing payroll and other taxes against CDI by: (1) causing his representative to provide and/or make available false and fraudulent invoices, which purported to be issued by subcontractors to CDI, to an IRS revenue agent during the course of the civil audit; and (2) in or about December 2016, causing his representative to provide and/or make available to an IRS revenue agent documentation regarding a purported business expense during the course of the civil audit, which documentation

had been altered in order to make it appear that a purchase was for a business purpose when, in fact, it was for a personal expense.

All in violation of Title 26, United States Code, Section 7212(a).

UNITED STATES OF AMERICA

_____
LEONARD C. BOYLE
FIRST ASSISTANT UNITED STATES ATTORNEY

_____
JENNIFER R. LARAIA
ASSISTANT UNITED STATES ATTORNEY