# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:20-cr-35-MPS |
| | ) | |
| DONALD CARIATI JR. | ) | |
| *Defendant* | ) | |

FILED 2020 PM 2:35
USDC-CT-NEW HAVEN

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 02/28/2020

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Trent LaLima
*Printed name of defendant's attorney*

/s/ Sarah A. L. Merriam, USMJ
*Judge's signature*

Sarah A. L. Merriam, U.S. Magistrate Judge
*Judge's printed name and title*