# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **United States of America** | : | Crim. No. 3:20-cr-35-MPS |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **Donald Cariati** | : | |
| **Defendant** | : | March 18, 2020 |

## MOTION TO CONTINUE SENTENCING AND RELATED DEADLINES

The Defendant, **Donald Cariati**, hereby moves this Court to continue his June 4, 2020, sentencing to a date in late July 2020. In support thereof, the Defendant represents the following:

1. The Defendant is scheduled to be sentenced on June 4, 2020. Other deadlines included the disclosures of the pre-sentence report on April 10 and May 4, 2020, objections due April 24, 2020, Sentencing Memorandum due May 8, 2020, and response due May 15, 2020.

2. Defense counsel is scheduled to begin evidence in a lengthy, complicated murder trial on April 14, 2020 (State v. Richard Dabate, Rockville Judicial District, TTD-CR17-0110576-T). The trial is expected to last through the end of May. Defense counsel has other sentencings scheduled for June 2020.

3. Defense counsel asks for a late July sentencing date so the sentencing may take place following the trial. Defense counsel also has concerns about recent closures with the coronavirus, and whether that would delay the above trial, or would impact a June sentencing date in this case. The Government has no

- 2 -

objection to this request.

4. The Defendant executed a waiver of sentencing time on Tuesday, March 17, 2020, and it will be filed today.

Wherefore, the Defendant respectfully requests that this Court continue his sentencing to late July, and continue related deadlines.

                                   THE DEFENDANT,
                                   Donald Cariati

                    BY   /s/
                                   TRENT A. LaLIMA
                                   Federal Bar No. ct 29520
                                   SANTOS & LaLIMA, P.C.
                                   51 Russ Street
                                   Hartford, CT 06106
                                   Tel. (860) 249-6548
                                   Fax (860) 724-5533

**CERTIFICATION**

 I hereby certify that on the above date a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/_____
Trent A. LaLima